UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN C. HAN,<br><br>                    Plaintiff,<br><br>        -against-<br><br>FINANCIAL SUPERVISORY SERVICE,<br><br>                    Defendant. | 23-CV-5451 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

On July 7, 2023, Plaintiff submitted a personal check in the amount of $402.00, but the court does not accept personal checks. Within thirty days of the date of this order, Plaintiff must either pay the $402.00 in fees in an acceptable form of payment or submit the attached IFP application. The filing fees may be paid by certified check or money order, made payable to: Clerk of Court – SDNY, and can be mailed to: Finance Department – Room 260, 500 Pearl Street, New York, NY 10007. Any certified check or money order must include Plaintiff's case number, 23-CV-5451 (LTS). Payment can also be made in person by credit card or cash. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Finance Department is directed to return the $402.00 personal check to Plaintiff at her address of record.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: July 7, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge