```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN C. HAN,

                              Plaintiff,

            -against-

FINANCIAL SUPERVISORY SERVICE
*a South Korean Corporation without capital*,

                              Defendant.

1:23-cv-5451-MKV

<u>SCHEDULING ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

On August 29, 2023, the Defendant submitted a request for a pre-motion conference on its anticipated motion to dismiss the Plaintiff's complaint (ECF No. 11).  The Plaintiff has not responded.  After reviewing the arguments set out in the Defendant's letter, the motion for a pre-motion conference is DENIED, and defendant is GRANTED leave to file a motion to dismiss on the schedule set forth below.

 IT IS FURTHER ORDERED that on or before September 12, 2023, Plaintiff must inform the Court via letter whether she intends to amend her complaint.  This will be Plaintiff's last opportunity to amend the complaint in response to arguments raised in the Defendant's letter.

IT IS FURTHER ORDERED that if the Plaintiff does not amend her complaint, Defendant must file its motion to dismiss on or before September 26, 2023.  Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

IT IS FURTHER ORDERED that if the Plaintiff elects to amend her complaint, the amended complaint is due on or before September 26, 2023.  Defendant must respond to any amended complaint within 14 days of its filing.  In the event Defendant files a new motion to dismiss, the briefing for that motion will be on the schedule set forth in Local Rule 6.1(b).

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

The clerk of Court is respectfully requested to terminate docket entry 11.

**SO ORDERED.**

Dated: New York, New York
      September 4, 2023

MARY KAY VYSKOCIL
United States District Judge