

747 Third Avenue
New York, NY 10017
T 212.869.5030
F 212.944.5818
kuckermarino.com

October 22, 2024

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: **Han v. Financial Supervisory Service - Civil Action No. (1:23-cv-5451-MKV)**

Dear Judge Vyskocil:

In connection with the captioned matter, my firm represents the defendant, the Financial Supervisory Service of the Republic of Korea (the "FSS"). I write in response to the letter of plaintiff Karen Han seeking permission to file a sur-reply memorandum of law. The Court should deny the request.

Ms. Han seeks leave based on her claim that the FSS raised for the first time new arguments in its reply papers. We did no such thing. Rather, we responded to arguments that Ms. Han herself had made in her answering papers.

First, Ms. Han's answering papers reveal that that Ms. Han's husband, Mr. Park, is both a Korean national and part of the complaint. And as we noted, we are permitted to raise the absence of subject jurisdiction at any time. We merely raised an issue that Ms. Han's papers revealed.

Second, in our main moving papers, we argued that Ms. Han had engaged in litigation shenanigans, causing her to lose standing to sue. Our reply papers merely show that the Ohio

Hon. Mary Kay Vyskocil
October 22, 2024
Page 2 of 2

federal court had, because of that unbecoming conduct, dismissed her claims with prejudice against Hankook. Dismissal with prejudice means that the claims cannot be pursued anywhere.

And, finally, in her answering papers, Ms. Han herself raised for the first time her request, should the Court dismiss, to refile a RICO claim. We merely pointed to the infirmities that infect any such litigation that Ms. Han might institute.

Respectfully submitted,

*James E. Schwartz*
James E. Schwartz

cc:

Ms. Karen Han (via ECF)
2317 Gray Dr.
Northlake, TX 76247-2074
Karenh514@gmail.com
(972) 672-7480