USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN C. HAN,

                Plaintiff,

-against-

FINANCIAL SUPERVISORY SERVICE
*a South Korean Corporation without capital*,

                Defendant.

1:23-cv-5451-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 22, 2024, Plaintiff, proceeding *pro se*, submitted a letter requesting permission to file a sur-reply. [ECF No. 40]. Defendant responded opposing the request. [ECF 41]. After reviewing the parties' letters, Plaintiff's request to file a sur-reply is GRANTED on the schedule set forth below.

IT IS HEREBY ORDERED that on or before November 22, 2024, Plaintiff must file her sur-reply.

Any request for an extension shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Dated: New York, New York
       October 25, 2024

_____
MARY KAY VYSKOCIL
United States District Judge

1