UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
Karen C. Han,

                Plaintiff(s),

   -against-

Financial Supervisory Service, a South Korean
Corporation without capital; and Hankook Tire &
Technology Co., Ltd., a South Korena Corporation,

                Defendant(s).
----------------------------------------------------------------- X

Civil No.: 1:23-cv-5451-MKV

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that defendant, HANKOOK TIRE & TECHNOLOGY CO., LTD., hereby appear in the above-entitled action and that the undersigned has been retained as counsel for defendant, HANKOOK TIRE & TECHNOLOGY CO., LTD. and demands that a copy of all papers in the above-entitled action be served upon RAY | PENA | McCHRISTIAN, P.C.

Dated: May 23, 2025

                Respectfully Submitted,

                By: */s/ Jeffry H. Ray* _____
                      Jeffry H. Ray, Esq.
                      Ray | Pena | McChristian, PC.
                      5822 Cromo Drive
                      El Paso, TX 79912
                      Tel.: (866) 832-7272
                      Email: jray@raylaw.com

TO:   **VIA ECF ONLY**